JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:22-00798-JWH-DTBx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Motion for Approval of FLSA Settlement, Award of Attorney's Fees and Costs [ECF No. 80]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The proposed settlement as reflected in the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute over FLSA liability, and the Agreement is **DECLARED** to be binding on, and to have preclusive effect on, all pending and future lawsuits or other proceedings maintained by or on behalf of the Collective Action Plaintiffs.

3. Plaintiff's Counsel are **AWARDED** attorney's fees in the amount of $150,000.00 and the reimbursement of litigation expenses in the amount of $19,903.93.

4. The Parties are **DIRECTED** to implement and to consummate the Agreement, including taking all actions required under the terms and provisions of the Settlement Agreement.

5. All Plaintiffs who have opted in to this Action and have signed the Settlement Agreement are bound by this Final Judgment and are **ENJOINED** from instituting, maintaining, prosecuting, or enforcing, either directly or indirectly, any claims discharged by the Settlement Agreement.

6. The Court shall retain continuing jurisdiction over this action with respect to the following matters:

    a. the enforcement of the terms of the Settlement Agreement;

    b. issues relating to settlement administration; and

    c. the enforcement of this Judgment and any order relating to attorney's fees or costs.

/ / /

7. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 9, 2025

*[signature]*

John W. Holcomb
UNITED STATES DISTRICT JUDGE